# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>FOOTHILLS PEDIATRICS,<br><br>Respondent. | Case No.:<br><br>[PROPOSED] **ORDER TO SHOW CAUSE WHY A SUBPOENA SHOULD NOT BE ENFORCED** |

The Equal Employment Opportunity Commission (the "Commission") filed a Motion for an Order to Show Cause why Subpoena No. LV-10-0011, a subpoena *duces tecum*, should not be enforced. On March 8, 2010, the Commission served Subpoena No. LV-10-0011 on Respondent Foothills Pediatrics pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9 in the investigation of Charge No. 480-2008-01030. The Commission

having duly served the subpoena upon Foothills Pediatrics, and Foothills Pediatrics having failed to comply within the period designated in the subpoena, it is hereby

ORDERED that Foothills Pediatrics appear on the 31st day of May, 20 11, at 9:00 a.m. in Courtroom 6D, United States Courthouse located at 333 Las Vegas Blvd. South, Las Vegas, NV, and show cause why it should not be compelled to comply with the subpoena issued to it; it is further

ORDERED that Foothills Pediatrics be served with a copy of this Order to Show Cause, with the Application on which the Order is based and the Memorandum in Support, on or before the 13th day of May, 20 11; and it is further

ORDERED that Foothills Pediatrics must file and serve its answer to the Application no later than the 20th day of May, 20 11.

Date: May 9, 2011

_____
UNITED STATES DISTRICT JUDGE


Dated: April 14, 2011            Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Anna Y. Park, Regional Attorney   Elizabeth A
Peter F. Laura, Senior Trial Attorney   Nacuran
By: _____   NVBarA
Peter F. Laura                           11001
Attorneys for Petitioner U.S. Equal Employment
Opportunity Commission
255 East Temple Street, 4th Floor
Los Angeles, CA 90012

[PROPOSED] Order to Show Cause                 2