# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>vs.<br><br>FOOTHILLS PEDIATRICS,<br><br>Respondent. | Case No.: 2:11 CV 00574 KJD PAL<br><br>**ORDER DISMISSING PETITIONER EEOC'S APPLICATION FOR AN ORDER TO SHOW CAUSE** |

Pursuant to the Request of Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and for good cause, IT IS ORDERED that the Petitioner EEOC's Application for an Order to Show Cause be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: MAY 31, 2011

Hon. Kent J. Dawson
U.S. District Judge

-1-